In the Matter of JAMES D. JOHNSON, Appellant, v ONONDAGA COUNTY SHERIFF'S DEPARTMENT et al., Respondents. [925

NYS2d 364]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), entered October 22, 2009 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.